

**RE: 3:13CV455 Goodrow v. Red Rock Financial**
Olga Macias to: Carolyn_McCracken@vaed.uscourts.gov         07/17/2013 10:03 AM
Cc: "Jennifer_Thompson@vaed.uscourts.gov" , Kristi Cahoon Kelly

Please see attached. Please note, this was sent via overnight mail on Thursday but due to weather FedEx was delayed about 5 hours and so the package was not delivered until Monday.

Thank you for your help Carolyn!

Olga CJ Macias
Legal Assistant to Kristi Cahoon Kelly, Esq & Nathan Rozsa, Esq. & Andrew J. Guzzo, Esq.

**From:** Carolyn_McCracken@vaed.uscourts.gov [mailto:Carolyn_McCracken@vaed.uscourts.gov]
**Sent:** Wednesday, July 17, 2013 10:01 AM
**To:** Olga Macias
**Cc:** Jennifer_Thompson@vaed.uscourts.gov
**Subject:** 3:13CV455 Goodrow v. Red Rock Financial

TO:   Olga Macias for Kristi Cahoon Kelly, Esq.

Hi Olga,

We will correct the date filed for the subject complaint to July 15, once you are able to confirm the date UPS/FEDEX made the delivery to the Courthouse. Also a notice of correction will be placed on the docket regarding the change of filing date.   Please call if there are questions.

Thank you,
Carolyn McCracken

-------------------------------------------------
Carolyn McCracken, Deputy Clerk
U.S. District Court - Richmond
(804) 916-2239

Message from "trackingupdates@fedex.com" <trackingupdates@fedex.com> on Mon, 15 Jul 2013 -----
----- 0000+ 16:58:38
To: <Olga Macias <omacias@siplfirm.com
Subject: FedEx Shipment 796207918815 Delivered

This tracking update has been requested by:
Company Name:    Surovell Isaacs Petersen
                 & Levy PLC
Name:            Olga Macias
E-mail:          omacias@smillaw.com

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | Goodrow/49171.004 |
| Ship (P/U) date: | Jul 11, 2013 |
| Delivery date: | Jul 15, 2013 12:55 PM |
| Sign for by: | S.BROWN |
| Delivery location: | RICHMOND, VA |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 1.00 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Tracking number: | 796207918815 |

| Shipper Information | Recipient Information |
|---|---|
| Olga Macias | Fernando Galindo, Clerk of Court |
| Surovell Isaacs Petersen & Levy PLC | Spottswood W. Robinson III and Robe |
| 4010 University Drive | 701 E BROAD ST STE 3000 |
| Suite 200 | RICHMOND |
| Fairfax | VA |
| VA | US |
| US | 23219 |
| 22030 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:58 AM CDT on 07/15/2013.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.